United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Michael E. Kelly  
Lori Andrade-Kelly  
    Debtors

Case No. 23-00079-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Feb 27, 2023      Form ID: ntcnfhrg      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael E. Kelly, Lori Andrade-Kelly, 99 Bunyon Springs Court, Drums, PA 18222-1023 |
| aty | + | Leah M Stump-Lesley, Harold Shepley & Associates, LLC, 3115 N. Front Street, Harrisburg, PA 17110, UNITED STATES 17110-1310 |
| 5516323 | | Geisinger, PO Box 983148, Boston, MA 02298-3148 |
| 5516324 | | Hazleton Anesthesia Services, PO Box 70280 MC 11014, Philadelphia, PA 19176-0280 |
| 5516325 | + | Hazleton Surgery Center, 50 Moisey Drive, Suite 100, Hazleton, PA 18202-9297 |
| 5516327 | | Lehigh Valley Health, Network, PO Box 981006, Boston, MA 02298-1006 |
| 5516328 | | MiraMed/Geisinger Medical Center, PO Box 983148, Boston, MA 02298-3148 |
| 5516331 | + | Quantified Management Services, PO Box 370130, Denver, CO 80237-0130 |
| 5516338 | | Valley Regional Fire & Rescue, Po Box 90, Danville, PA 17821-0090 |
| 5516339 | | Velocity Investments, LLC, 1800 NJ-34, Suite 305, Belmar, NJ 07719 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Feb 27 2023 18:54:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5516315 | | Email/Text: bankruptcy@collegeave.com | Feb 27 2023 18:45:00 | College Ave Student Loans, Attn: Bankruptcy, 233 N King St. Suite 400, Wilmington, DE 19801 |
| 5516318 | | Email/Text: jcarlick@crossriver.com | Feb 27 2023 18:46:00 | Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666 |
| 5516311 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2023 18:53:58 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5519852 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2023 18:54:21 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5516312 | ^ | MEBN | Feb 27 2023 18:39:59 | Cawley & Bergman, 550 Broad Street, Suite 1001, Newark, NJ 07102-4542 |
| 5516314 | + | Email/Text: mediamanagers@clientservices.com | Feb 27 2023 18:45:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 5516316 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2023 18:46:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5516317 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2023 18:46:00 | Comenity Bank/Boscovs, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5516319 | + | Email/Text: mzatezalo@crownasset.com | Feb 27 2023 18:46:00 | Crown Asset Management, LLC, 3100 Breckenridge Blvd., Suite 725, Duluth, GA 30096-7605 |
| 5517298 | | Email/Text: mrdiscen@discover.com | Feb 27 2023 18:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5516320 | | Email/Text: mrdiscen@discover.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Feb 27 2023 18:46:00 | Discover Financial Services, Attn: Bankruptcy Services, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5516322 | | Email/Text: bk@freedomfinancialnetwork.com | Feb 27 2023 18:45:00 | Freedom Financial Asset Management, Attn: Bankruptcy, PO Box 2340, Phoenix, AZ 85002 |
| 5516321 | | Email/Text: data_processing@fin-rec.com | Feb 27 2023 18:46:00 | Financial Recovery Services, Inc., P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 5516313 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 27 2023 18:54:09 | Chase, Attn: Bankruptcy Department, P.O. Box 15298, Wilmington, DE 19850 |
| 5520856 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 27 2023 18:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5520614 | + | Email/Text: RASEBN@raslg.com | Feb 27 2023 18:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5516326 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 27 2023 18:46:00 | Kohls/Capital One, Kohls Credit, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 5516330 | | Email/Text: signed.order@pfwattorneys.com | Feb 27 2023 18:46:00 | Pressler, Felt & Warshaw, LLP, 400 Horsham Road, Suite 110, Horsham, PA 19044 |
| 5516329 | | Email/PDF: ebnotices@pnmac.com | Feb 27 2023 18:54:00 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 5516332 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2023 18:54:00 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5516394 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 27 2023 18:54:21 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5516333 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 27 2023 18:53:59 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5516334 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 27 2023 18:54:11 | Synchrony Bank/JCPenny, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5516335 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 27 2023 18:53:59 | Synchrony Bank/Sams Club, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5516336 | + | Email/Text: accountservicing@trueaccord.com | Feb 27 2023 18:46:00 | TrueAccord, 16011 College Blvd, Suite 130, Lenexa, KS 66219-9877 |
| 5516337 | ^ | MEBN | Feb 27 2023 18:40:14 | Unifin, Inc., PO Box 4519, Skokie, IL 60076-4519 |
| 5516340 | + | Email/Text: bkfilings@zwickerpc.com | Feb 27 2023 18:46:00 | Zwicker & Associates, P.C., 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2023            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Leah M Stump | on behalf of Debtor 1 Michael E. Kelly lstump@shepleylaw.com |
| Leah M Stump | on behalf of Attorney Leah M Stump-Lesley lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 2 Lori Andrade-Kelly lstump@shepleylaw.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michael E. Kelly,<br>**Debtor 1**<br><br>Lori Andrade−Kelly,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:23−bk−00079−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**April 6, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: April 13, 2023<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 27, 2023 |

ntcnfhrg (08/21)