UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MICHAEL E. KELLY and<br>LORI ANDRADE-KELLY<br>   Debtors | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>   Movant | : | |
| vs. | : | |
| MICHAEL E. KELLY and<br>LORI ANDRADE-KELLY<br>   Respondents | : | CASE NO. 5-23-bk-00079 |

## TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 12th day of April, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. §§ 1322(a)(1) and 1325(b) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon the Means Test calculation and specifically disputes the following amounts:

    a. Plan payment calculation sum of Lines 34, 35, 36 45. More specifically, Monthly Disposable Income x 60 = $140,613.00.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.

b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

                                      Respectfully submitted:

                                      Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee
                                      8125 Adams Drive, Suite A
                                      Hummelstown, PA 17036
                                      (717) 566-6097

BY:                /s/Agatha R. McHale
                      Attorney for Trustee

CERTIFICATE OF SERVICE

       AND NOW, this   12th   day of April, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Leah Stump, Esquire
3115 North Front Street
Harrisburg, PA   17110

                                      /s/Deborah A. DePalma
                                      Office of Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee