# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Michael E. Kelly
Lori Andrade Kelly
     Debtors.

Chapter 13

Bankruptcy No.: 5:23-bk-00079-MJC

## CERTIFICATION OF SERVICE

     I, Leah M. Stump-Lesley, certify that under penalty of perjury that I served the following documents, Order Confirming Amended Chapter 13 plan, on the parties listed below by either electronic notification or first-class mail postage prepaid:

Date: September 25, 2023

       /s/ Leah M. Stump-Lesley, Esq.
       Leah M. Stump-Lesley, Esq.
       PA Bar ID No. 93211
       Harold Shepley & Associates, LLC
       3115 N. Front Street
       Harrisburg, PA 17110
       Phone: (717) 692-5533

[PARTIES SERVED]

Jack N. Zaharopoulos, Trustee (electronic)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee (electronic)
Sylvia H. Rambo United States Courthouse
1501 N. 6th Street, Box 302
Harrisburg, PA 17102

MICHAEL E. KELLY
LORI ANDRADE-KELLY
99 BUNYON SPRINGS COURT
DRUMS, PA 18222

CROSS RIVER BANK
885 TENECK ROAD
TEANECK, NJ 07666

MIRAMED/GEISINGER MEDICAL C
PO BOX 983148
BOSTON, MA 02298-3148

LEAH M. STUMP-LESLEY, ESQ.
HAROLD SHEPLEY & ASSOCIATES, LLC
209 WEST PATRIOT STREET
SOMERSET, PA 15501

CROWN ASSET MANAGEMENT, LLC
3100 BRECKENRIDGE BLVD.
SUITE 725
DULUTH, GA 30096

PENNYMAC LOAN SERVICES, LL
PO BOX 2410
MOORPARK, CA 93020

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

DISCOVER FINANCIAL SERVICES
ATTN: BANKRUPTCY SERVICES
P.O. BOX 3025
NEW ALBANY, OH 43054-3025

PRA RECEIVABLES MANANGEME
PO BOX 41021
NORFOLK, VA 23541

CAWLEY & BERGMAN
550 BROAD STREET
SUITE 1001
NEWARK, NJ 07102

FINANCIAL RECOVERY SERVICES, INC.
P.O. BOX 385908
MINNEAPOLIS, MN 55438-5908

PRESSLER, FELT & WARSHAW, L
400 HORSHAM ROAD
SUITE 110
HORSHAM, PA 19044

CHASE
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 9013
ADDISON, TX 75501

FREEDOM FINANCIAL ASSET MANAGEMENT
ATTN: BANKRUPTCY
PO BOX 2340
PHOENIX, AZ 85002

QUANTIFIED MANAGEMENT SERV
PO BOX 370130
DENVER, CO 80237-0103

CHASE
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 15298
WILMINGTON, DE 19850

GEISINGER
PO BOX 983148
BOSTON, MA 02298-3148

QUANTUM3 GROUP LLC
AS AGENT FORCKS PRIME INVES
P.O. BOX 788
KIRKLAND, WA 98083-0788

CLIENT SERVICES, INC.
3451 HARRY TRUMAN BLVD.
SAINT CHARLES, MO 63301-4047

HAZLETON ANESTHESIA SERVICES
PO BOX 70280 MC 11014
PHILADELPHIA, PA 19176-0280

RESURGENT CAPITAL SERVICES
ATTN: BANKRUPTCY
PO BOX 10587
GREENVILLE, SC 29603

COLLEGE AVE STUDENT LOANS
ATTN: BANKRUPTCY
233 N KING ST. SUITE 400
WILMINGTON, DE 19801

HAZLETON SURGERY CENTER
50 MOISEY DRIVE
SUITE 100
HAZLETON, PA 18202-9900

SYNCHRONY BANK
BY AIS INFOSOURSE LP AS AGE
4515 N. SANTA FE AVENUE
OKLAHOMA CITY, OK 73118

COMENITY BANK
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218

KOHLS/CAPITAL ONE
KOHLS CREDIT
P.O. BOX 3043
MILWAUKEE, WI 53201

SYNCHRONY BANK/JCPENNY
ATTN: BANKRUPTCY DEPARTMEN
PO BOX 965060
ORLANDO, FL 32896

COMENITY BANK/BOSCOVS
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218

LEHIGH VALLEY HEALTH
NETWORK
PO BOX 981006
BOSTON, MA 02298-1006

SYNCHRONY BANK/SAMS CLUB
ATTN: BANKRUPTCY DEPARTMEN
PO BOX 965060
ORLANDO, FL 32896

TRUEACCORD
16011 COLLEGE BLVD
SUITE 130
LENEXA, KS 66219


UNIFIN, INC.
PO BOX 4519
SKOKIE, IL 60076-4519


VALLEY REGIONAL FIRE & RESCUE
PO BOX 90
DANVILLE, PA 17821-0090


VELOCITY INVESTMENTS, LLC
1800 NJ-34
SUITE 305
BELMAR, NJ 07719


ZWICKER & ASSOCIATES, P.C.
3220 TILLMAN DRIVE
SUITE 215
BENSALEM, PA 19020