United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                          Case No. 23-00079-MJC

Michael E. Kelly                                    Chapter 7

Lori Andrade-Kelly

       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                                User: AutoDocke                                  Page 1 of 4

Date Rcvd: Oct 02, 2025                           Form ID: 309A                               Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael E. Kelly, Lori Andrade-Kelly, 99 Bunyon Springs Court, Drums, PA 18222-1023 |
| aty | + | Denise E. Carlon, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Leah M Stump-Lesley, Harold Shepley & Associates, LLC, 3115 N. Front Street, Harrisburg, PA 17110, UNITED STATES 17110-1310 |
| 5516323 | | Geisinger, PO Box 983148, Boston, MA 02298-3148 |
| 5516324 | | Hazleton Anesthesia Services, PO Box 70280 MC 11014, Philadelphia, PA 19176-0280 |
| 5516325 | + | Hazleton Surgery Center, 50 Moisey Drive, Suite 100, Hazleton, PA 18202-9297 |
| 5516327 | | Lehigh Valley Health, Network, PO Box 981006, Boston, MA 02298-1006 |
| 5516328 | | MiraMed/Geisinger Medical Center, PO Box 983148, Boston, MA 02298-3148 |
| 5516338 | | Valley Regional Fire & Rescue, Po Box 90, Danville, PA 17821-0090 |
| 5516339 | | Velocity Investments, LLC, 1800 NJ-34, Suite 305, Belmar, NJ 07719 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: lstump@shepleylaw.com | Oct 02 2025 18:37:00 | Leah M Stump, Harold Shepley and Associates LLC, 3115 N. Front Street, Harrisburg, PA 17110 |
| tr | ^ | MEBN | Oct 02 2025 18:37:55 | Lisa Ann Rynard, Law Office of Lisa A. Rynard, (Trustee), 240 Broad Street, Montoursville, PA 17754-2282 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Oct 02 2025 18:37:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| cr | + | EDI: PRA.COM | Oct 02 2025 22:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5526247 | | Email/Text: bankruptcy@collegeave.com | Oct 02 2025 18:37:00 | College Ave Student Loans, 233 N. KING STREET, STE 400, DE, WILMINGTON, DE, DE 19801 |
| 5526249 | | Email/Text: bankruptcy@collegeave.com | Oct 02 2025 18:37:00 | College Ave Student Loans, 233 N. KING STREET, STE 400, WILMINGTON, DE, DE 19801 |
| 5526246 | | Email/Text: bankruptcy@collegeave.com | Oct 02 2025 18:37:00 | College Ave Student Loans, 233 N. KING STREET, WILMINGTON, DE, DE 19801 |
| 5516315 | | Email/Text: bankruptcy@collegeave.com | Oct 02 2025 18:37:00 | College Ave Student Loans, Attn: Bankruptcy, 233 N King St. Suite 400, Wilmington, DE 19801 |
| 5516318 | | Email/Text: skeller@crossriver.com | Oct 02 2025 18:37:00 | Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666 |
| 5516311 | + | EDI: CAPITALONE.COM | Oct 02 2025 22:38:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5519852 | | EDI: CAPITALONE.COM | Oct 02 2025 22:38:00 | Capital One N.A., by American InfoSource as |

| | | | |
|---|---|---|---|
| | | | agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5516312 | ^ MEBN | Oct 02 2025 18:37:11 | Cawley & Bergman, 550 Broad Street, Suite 1001, Newark, NJ 07102-4542 |
| 5516313 | + EDI: JPMORGANCHASE | Oct 02 2025 22:38:00 | Chase, Attn: Bankruptcy Department, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 5516314 | + Email/Text: mediamanagers@clientservices.com | Oct 02 2025 18:37:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 5516316 | + EDI: WFNNB.COM | Oct 02 2025 22:38:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5516317 | + EDI: WFNNB.COM | Oct 02 2025 22:38:00 | Comenity Bank/Boscovs, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5516319 | + Email/Text: bankruptcies@crownasset.com | Oct 02 2025 18:37:00 | Crown Asset Management, LLC, 3100 Breckenridge Blvd., Suite 725, Duluth, GA 30096-7605 |
| 5517298 | EDI: DISCOVER | Oct 02 2025 22:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5516320 | EDI: DISCOVER | Oct 02 2025 22:38:00 | Discover Financial Services, Attn: Bankruptcy Services, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5516322 | Email/Text: bk@freedomfinancialnetwork.com | Oct 02 2025 18:37:00 | Freedom Financial Asset Management, Attn: Bankruptcy, PO Box 2340, Phoenix, AZ 85002 |
| 5516321 | Email/Text: data_processing@fin-rec.com | Oct 02 2025 18:37:00 | Financial Recovery Services, Inc., P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 5520856 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 02 2025 18:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5520614 | + Email/Text: RASEBN@raslg.com | Oct 02 2025 18:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5516326 | + EDI: CAPITALONE.COM | Oct 02 2025 22:38:00 | Kohls/Capital One, Kohls Credit, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 5527807 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2025 18:44:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5516330 | Email/Text: signed.order@pfwattorneys.com | Oct 02 2025 18:37:00 | Pressler, Felt & Warshaw, LLP, 400 Horsham Road, Suite 110, Horsham, PA 19044 |
| 5516329 | Email/PDF: ebnotices@pnmac.com | Oct 02 2025 18:44:21 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 5525259 | + Email/PDF: ebnotices@pnmac.com | Oct 02 2025 18:55:20 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5516331 | ^ MEBN | Oct 02 2025 18:37:50 | Quantified Management Services, PO Box 370130, Denver, CO 80237-0130 |
| 5530386 | EDI: Q3G.COM | Oct 02 2025 22:38:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5516332 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2025 18:44:32 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5516394 | ^ MEBN | Oct 02 2025 18:37:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5529048 | EDI: AIS.COM | Oct 02 2025 22:38:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5516333 | + EDI: SYNC | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 5516334 | + | EDI: SYNC | Oct 02 2025 22:38:00 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| | | | Oct 02 2025 22:38:00 | Synchrony Bank/JCPenny, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5516335 | + | EDI: SYNC | Oct 02 2025 22:38:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5516336 | + | Email/Text: accountservicing@trueaccord.com | Oct 02 2025 18:37:00 | TrueAccord, 16011 College Blvd, Suite 130, Lenexa, KS 66219-9877 |
| 5516337 | | Email/Text: bankruptcynotice@unifininc.com | Oct 02 2025 18:37:00 | Unifin, Inc., PO Box 4519, Skokie, IL 60076-4519 |
| 5529042 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2025 18:44:11 | Wilmington Savings Fund Society, FSB, not in its, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5516340 | + | Email/Text: bkfilings@zwickerpc.com | Oct 02 2025 18:37:00 | Zwicker & Associates, P.C., 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2025            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Leah M Stump | on behalf of Debtor 1 Michael E. Kelly lstump@shepleylaw.com |
| Leah M Stump | on behalf of Attorney Leah M Stump-Lesley lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 2 Lori Andrade-Kelly lstump@shepleylaw.com |
| Lisa Ann Rynard | larynard@larynardlaw.com PA88@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Michael E. Kelly <br> First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–2929 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | Lori Andrade–Kelly <br> First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–8776 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed in chapter: | 13    1/17/23 |
| Case number: | 5:23–bk–00079–MJC | Date case converted to chapter: | 7    10/1/25 |

**Official Form 309A (For Individuals or Joint Debtors)**
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                         10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael E. Kelly | Lori Andrade–Kelly |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 99 Bunyon Springs Court <br> Drums, PA 18222 | 99 Bunyon Springs Court <br> Drums, PA 18222 |
| 4. | **Debtor's attorney** <br> Name and address | Leah M Stump <br> Harold Shepley and Associates LLC <br> 3115 N. Front Street <br> Harrisburg, PA 17110 | Contact phone 717 692–5533 <br><br> Email: lstump@shepleylaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Lisa Ann Rynard <br> Law Office of Lisa A. Rynard <br> (Trustee) <br> 240 Broad Street <br> Montoursville, PA 17754 | Contact phone 570–505–3289 <br><br> Email: larynard@larynardlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                         page 1

**Receiving Court Issued Orders and Notices by E–Mail:**   (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are <u>FREE</u> and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| Debtor **Michael E. Kelly** and **Lori Andrade-Kelly** | | | Case number **5:23-bk-00079-MJC** |

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831-2500<br><br>Date: 10/2/25 |
| **7.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>*Valid photo ID and proof of Social Security number are required* | **Date:** November 3, 2025 at 01:45 PM<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional information use the QR code or visit:<br><br>https://www.justice.gov/ust/ust-regions-r03/region-3-section-341-meetings-0#TrusteeZoom<br><br>The Court does not endorse or exercise any responsibility of the content at this link. | **Location:**<br>Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 546 009 7117, Click on Join using passcode 7420254622, or call 1-272-239-0720<br><br> |
| **8.** | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/2/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

Case 5:23-bk-00079-MJC    Doc 50    Filed 10/04/25    Entered 10/05/25 00:27:25    Desc
Imaged Certificate of Notice    Page 6 of 6