United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Michael E. Kelly  
Lori Andrade-Kelly  
    Debtors

Case No. 23-00079-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 3  
Date Rcvd: Jan 26, 2026    Form ID: 318    Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael E. Kelly, Lori Andrade-Kelly, 99 Bunyon Springs Court, Drums, PA 18222-1023 |
| aty | + | Leah M Stump-Lesley, Harold Shepley & Associates, LLC, 3115 N. Front Street, Harrisburg, PA 17110, UNITED STATES 17110-1310 |
| 5516323 | | Geisinger, PO Box 983148, Boston, MA 02298-3148 |
| 5516324 | | Hazleton Anesthesia Services, PO Box 70280 MC 11014, Philadelphia, PA 19176-0280 |
| 5516325 | + | Hazleton Surgery Center, 50 Moisey Drive, Suite 100, Hazleton, PA 18202-9297 |
| 5516327 | | Lehigh Valley Health, Network, PO Box 981006, Boston, MA 02298-1006 |
| 5516328 | | MiraMed/Geisinger Medical Center, PO Box 983148, Boston, MA 02298-3148 |
| 5516338 | | Valley Regional Fire & Rescue, Po Box 90, Danville, PA 17821-0090 |
| 5516339 | | Velocity Investments, LLC, 1800 NJ-34, Suite 305, Belmar, NJ 07719 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jan 26 2026 23:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5526247 | | Email/Text: bankruptcy@collegeave.com | Jan 26 2026 18:41:00 | College Ave Student Loans, 233 N. KING STREET, STE 400, DE, WILMINGTON, DE, DE 19801 |
| 5526249 | | Email/Text: bankruptcy@collegeave.com | Jan 26 2026 18:41:00 | College Ave Student Loans, 233 N. KING STREET, STE 400, WILMINGTON, DE, DE 19801 |
| 5526246 | | Email/Text: bankruptcy@collegeave.com | Jan 26 2026 18:41:00 | College Ave Student Loans, 233 N. KING STREET, WILMINGTON, DE, DE 19801 |
| 5516315 | | Email/Text: bankruptcy@collegeave.com | Jan 26 2026 18:41:00 | College Ave Student Loans, Attn: Bankruptcy, 233 N King St. Suite 400, Wilmington, DE 19801 |
| 5516318 | | Email/Text: vbacchas@crossriverbank.com | Jan 26 2026 18:41:00 | Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666 |
| 5516311 | + | EDI: CAPITALONE.COM | Jan 26 2026 23:36:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5519852 | | EDI: CAPITALONE.COM | Jan 26 2026 23:36:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5516312 | ^ | MEBN | Jan 26 2026 18:36:27 | Cawley & Bergman, 550 Broad Street, Suite 1001, Newark, NJ 07102-4542 |
| 5516313 | + | EDI: JPMORGANCHASE | Jan 26 2026 23:36:00 | Chase, Attn: Bankruptcy Department, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 5516314 | + | Email/Text: mediamanagers@clientservices.com | Jan 26 2026 18:41:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 5516316 | + | EDI: WFNNB.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Jan 26 2026 23:36:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5516317 | + | EDI: WFNNB.COM | | |
| | | | Jan 26 2026 23:36:00 | Comenity Bank/Boscovs, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5516319 | + | Email/Text: bankruptcies@crownasset.com | | |
| | | | Jan 26 2026 18:41:00 | Crown Asset Management, LLC, 3100 Breckenridge Blvd., Suite 725, Duluth, GA 30096-7605 |
| 5517298 | | EDI: DISCOVER | | |
| | | | Jan 26 2026 23:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5516320 | | EDI: DISCOVER | | |
| | | | Jan 26 2026 23:36:00 | Discover Financial Services, Attn: Bankruptcy Services, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5516322 | | Email/Text: bk@freedomfinancialnetwork.com | | |
| | | | Jan 26 2026 18:41:00 | Freedom Financial Asset Management, Attn: Bankruptcy, PO Box 2340, Phoenix, AZ 85002 |
| 5516321 | | Email/Text: data_processing@fin-rec.com | | |
| | | | Jan 26 2026 18:41:00 | Financial Recovery Services, Inc., P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 5520856 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Jan 26 2026 18:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5520614 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jan 26 2026 18:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5516326 | + | EDI: CAPITALONE.COM | | |
| | | | Jan 26 2026 23:36:00 | Kohls/Capital One, Kohls Credit, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 5527807 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 26 2026 18:43:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5516330 | | Email/Text: signed.order@pfwattorneys.com | | |
| | | | Jan 26 2026 18:41:00 | Pressler, Felt & Warshaw, LLP, 400 Horsham Road, Suite 110, Horsham, PA 19044 |
| 5516329 | | Email/PDF: ebnotices@pnmac.com | | |
| | | | Jan 26 2026 18:42:59 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 5525259 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Jan 26 2026 18:56:23 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5516331 | ^ | MEBN | | |
| | | | Jan 26 2026 18:36:46 | Quantified Management Services, PO Box 370130, Denver, CO 80237-0130 |
| 5530386 | | EDI: Q3G.COM | | |
| | | | Jan 26 2026 23:36:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5516332 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 26 2026 18:43:03 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5516394 | + | EDI: PRA.COM | | |
| | | | Jan 26 2026 23:36:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5529048 | | EDI: AIS.COM | | |
| | | | Jan 26 2026 23:36:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5516333 | + | EDI: SYNC | | |
| | | | Jan 26 2026 23:36:00 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5516334 | + | EDI: SYNC | | |
| | | | Jan 26 2026 23:36:00 | Synchrony Bank/JCPenny, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5516335 | + | EDI: SYNC | | |
| | | | Jan 26 2026 23:36:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5516336 | + | Email/Text: accountservicing@trueaccord.com | | |

| | | | |
|---|---|---|---|
| | | Jan 26 2026 18:41:00 | TrueAccord, 16011 College Blvd, Suite 130, Lenexa, KS 66219-9877 |
| 5516337 | Email/Text: bankruptcynotice@unifininc.com | Jan 26 2026 18:41:00 | Unifin, Inc., PO Box 4519, Skokie, IL 60076-4519 |
| 5529042 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2026 18:43:03 | Wilmington Savings Fund Society, FSB, not in its, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5516340 | + Email/Text: bkfilings@zwickerpc.com | Jan 26 2026 18:41:00 | Zwicker & Associates, P.C., 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Leah M Stump | on behalf of Debtor 1 Michael E. Kelly lstump@shepleylaw.com |
| Leah M Stump | on behalf of Attorney Leah M Stump-Lesley lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 2 Lori Andrade-Kelly lstump@shepleylaw.com |
| Lisa Ann Rynard | larynard@larynardlaw.com PA88@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael E. Kelly<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–2929<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Lori Andrade–Kelly<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–8776<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Middle District of Pennsylvania | | |
| Case number:    5:23–bk–00079–MJC | | |

## Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael E. Kelly                                       Lori Andrade–Kelly

**By the court:**

1/26/26

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318  **Order of Discharge**  page 2