United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00079-MJC |
| Michael E. Kelly | Chapter 7 |
| Lori Andrade-Kelly | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5         User: AutoDocke         Page 1 of 2
Date Rcvd: Feb 06, 2026      Form ID: fnldec          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2026:**

**Recip ID         Recipient Name and Address**
db/jdb          + Michael E. Kelly, Lori Andrade-Kelly, 99 Bunyon Springs Court, Drums, PA 18222-1023

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2026         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2026 at the address(es) listed below:

**Name              Email Address**

Denise E. Carlon
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Leah M Stump
    on behalf of Debtor 1 Michael E. Kelly lstump@shepleylaw.com

Leah M Stump
    on behalf of Attorney Leah M Stump-Lesley lstump@shepleylaw.com

Leah M Stump
    on behalf of Debtor 2 Lori Andrade-Kelly lstump@shepleylaw.com

Lisa Ann Rynard
    larynard@larynardlaw.com  PA88@ecfcbis.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michael E. Kelly,<br>**Debtor 1** | Chapter 7 |
| Lori Andrade−Kelly,<br>**Debtor 2** | Case No. 5:23−bk−00079−MJC |

Social Security No.:
    xxx−xx−2929    xxx−xx−8776

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

          **Lisa Ann Rynard**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

_/s/ Mark J. Conway_

Mark J. Conway, United States Bankruptcy Judge

Dated: February 6, 2026

**fnldec** (01/22)